IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR -8 P 2:39

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS; MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION; MITT ROMNEY, in his capacity as Governor of Massachusetts; and ROBERT W. GOLLEDGE, JR., in his capacity as Commissioner of the Massachusetts Department of Environmental Protection,<br><br>Defendants. | Civil Action No. 05-10112 JLT |

## CORPORATE DISCLOSURE STATEMENT

In compliance with Local Rule 7.3, the Carrier Groups hereby state as follows. The American Waterways Operators, the International Association of Independent Tanker Owners, the Chamber of Shipping of America, and BIMCO are not subsidiaries, either jointly or separately, of any corporation. Moreover, none of them has issued shares or securities to the public. Therefore, there is no publicly held company that owns 10% or more of any of the Carrier Groups.

Respectfully submitted,

*[signature]*

George J. Skelly (BBO #546797)
Andrew J. Hachey (BBO #567183)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel: (617)345-1000
Fax: (617)345-1300

C. Jonathan Benner
Sean T. Connaughton
David E. Benz
TROUTMAN SANDERS LLP
401 9th St., N.W., Suite 1000
Washington, D.C. 20004
Tel: (202)274-2880
Fax: (202)654-5647

*Of Counsel*

*Attorneys for The American Waterways Operators, International Association of Independent Tanker Owners, Chamber of Shipping of America, and BIMCO*

March 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 8th day of March 2005 caused a true and correct copy of the Corporate Disclosure Statement of movants The American Waterways Operators, the International Association of Independent Tanker Owners, the Chamber of Shipping of America, and BIMCO to be served, via facsimile and first class mail, postage prepaid, or via messenger, on the parties listed below.

*[signature]*

Andrew J. Hachey

Peter D. Keisler
Michael Sullivan
Mark T. Quinlivan
Arthur R. Goldberg
Steven Y. Bressler
Attorneys, Civil Division
United States Department of Justice
P.O. Box 833
Washington, DC 20044
202.514.4781
202.318.7609 (fax)

Pierce O. Cray
Office of the Attorney General
One Ashburton Place
Boston, MA 02108
617.727.2200
617.727.3251 (fax)