UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 22 P 1: 04

DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF MASSACHUSETTS, et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br>05-10112 -JLT |

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of Pierce O. Cray and Nora Chorover, Assistant Attorneys General, as counsel for the defendants in the above-captioned action.

By their attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Pierce O. Cray, BBO # 104630
Nora Chorover, BBO # 547352
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
(617) 727-2200

Dated: March 22, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 3/22/05