UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS, <u>et al</u>.,<br><br>    Defendants. | CIVIL ACTION NO.<br>05-10112-JLT |

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of Nora Chorover, Assistant Attorney General, as co-counsel for the defendants in the above referenced action.

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


 /S/  Nora Chorover
Nora Chorover, BBO # 547352
Assistant Attorney General
One Ashburton Place
Boston, MA 02108
(617) 727-2200

Dated: April 1, 2005