UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>THE COMMONWEALTH OF MASSACHUSETTS; THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION; MITT ROMNEY, in his capacity as Governor of Massachusetts; and ROBERT W. GOLLEDGE, JR., in his capacity as Commissioner of the Massachusetts Department of Environmental Protection<br><br>Defendants. | Civil Action No. 05-10112 (JLT) |

[Proposed] **ORDER**

IT IS HEREBY ORDERED that:

1. The Unopposed Motion for Leave to Intervene as defendants in this proceeding filed by The Coalition for Buzzards Bay on March 31, 2005, is hereby allowed;

2. The Coalition's Answer, which was attached to its Motion for Leave to Intervene, shall be deemed filed.

SO ORDERED.

_____
The Honorable Joseph L. Tauro
U.S. District Court Judge

4/20/05

Dated: