UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-10112 JLT |
| v. | ) |
| THE COMMONWEALTH OF MASSACHUSETTS, *et al.* | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**

COMES NOW the Plaintiff, the United States of America, by and through its undersigned counsel, and moves this Court to enter judgment on the pleadings in favor of Plaintiff pursuant to Fed. R. Civ. P. 12(c) as to all of Plaintiff's claims, for the reasons set forth in the accompanying Memorandum of Law.

Pursuant to Local Rule 7.1(a)(2), undersigned counsel conferred by telephone with counsel for Defendants the Commonwealth of Massachusetts, et al. on May 11, 2005, and with counsel for Intervenor-Defendant the Coalition for Buzzards Bay on May 13, 2005. Counsel for those parties represented to undersigned counsel that those parties would oppose this Motion.

//
//
//
//
//
//
//
//
//
//
//
//
//

DATED this 23d day of May, 2005.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| RADM John E. Crowley<br>Judge Advocate General | PETER D. KEISLER<br>Assistant Attorney General |
| CAPT William D. Baumgartner<br>Robert W. Bruce<br>Andrew J. Turner<br>Attorneys<br>U.S. Coast Guard | MICHAEL SULLIVAN<br>United States Attorney<br>MARK T. QUINLIVAN<br>Assistant United States Attorney |
| OF COUNSEL | /s/ Steven Y. Bressler<br>ARTHUR R. GOLDBERG D.C.B. 180661<br>STEVEN Y. BRESSLER D.C.B. 482492<br>Attorneys, Civil Division<br>United States Department of Justice<br>P.O. Box 833<br>Washington, D.C. 20044<br>Telephone (202) 514-4781<br>Facsimile (202) 318-7609<br>Steven.Bressler@USDOJ.gov |