UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE COMMONWEALTH OF )<br>MASSACHUSETTS, et al. )<br>)<br>Defendants,    and )<br>)<br>THE COALITION FOR BUZZARDS BAY, )<br>)<br>Intervenor-Defendant )<br>)<br>THE AMERICAN WATERWAYS OPERATORS, )<br>et al. )<br>Intervenor-Plaintiff )<br>)<br>v. )<br>)<br>MITT ROMNEY, Governor of Massachusetts, et al. )<br>)<br>Defendants ) | Civil Action No. 05-10112 JLT |

**UNOPPOSED JOINT MOTION TO ENLARGE TIME TO RESPOND TO THE MOTIONS OF THE UNITED STATES AND THE INTERVENOR-PLAINTIFFS**

Defendant the Commonwealth of Massachusetts (the "Commonwealth") and intervenor-defendant The Coalition for Buzzards Bay ("The Coalition") (collectively, the "Defendants"), respectfully move for an enlargement of time, up to and including June 29, 2005, to respond to the United States' Motions for Summary Judgment and for Judgment on the Pleadings, as well as to a motion or motions which the Defendants have been informed by counsel will be filed

B3042759.1

imminently by the intervenor-plaintiffs the American Waterways Operators, International Association of Independent Tank Vessel Owners, Chamber of Shipping of America and BIMCO (the "Intervenor-Plaintiffs").  Responses to the United States' motions are currently due by June 6, 2005.  Responses to the Intervenor-Plaintiffs' motion or motions would be due fourteen (14) days after service of the motion or motions, in accordance with Local Rule 7.1(B)(2).

In support of this Joint Motion, the Defendants state that, due to the number and complexity of the issues presented by the United States in its lengthy Motions, the Defendants require additional time to conduct appropriate research and prepare their responses.  In addition, such additional time is required due to the press of other matters being handled by the Commonwealth's counsel.

For the foregoing reasons, the Commonwealth and The Coalition respectfully request that the Court enlarge their time for serving their responses in this matter up to, and including, June 29, 2005.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Pierce O. Cray (by permission /s/ Jonathan M. Ettinger)
Pierce O. Cray (BBO # 104630)
Nora Chorover (BBO # 547342)
Assistant Attorneys General
One Ashburton Place, Room 2019
Boston, MA  02108
(617) 727-2200

THE COALITION FOR BUZZARDS BAY

By its Attorneys,

/s/ Jonathan M. Ettinger
Jonathan M. Ettinger (BBO #552136)
Elisabeth M. DeLisle (BBO #658067)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000
jettinger@foleyhoag.com

Dated:  June 2, 2005

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Elisabeth M. DeLisle, hereby certify that I have conferred with counsel for the United States and counsel for the Intervenor-Plaintiffs regarding this Joint Motion pursuant to Local Rule 7.1(A)(2), and counsel for both the United States and the Intervenor-Plaintiffs have indicated their intent not to oppose the requested enlargement of time.

/s/ Elisabeth M. DeLisle