UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-10112-JLT |
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, ) | |
| Defendants. ) | |

**STATE DEFENDANTS' CROSS-MOTION FOR
SUMMARY JUDGMENT AS TO THEIR COUNTERCLAIM**

Pursuant to Fed. R. Civ. P. 56, the defendants the Commonwealth of Massachusetts, the Massachusetts Department of Environmental Protection, Mitt Romney, in his capacity as governor of Massachusetts, and Robert W. Golledge, Jr., in his capacity as Commissioner of the Massachusetts Department of Environmental Protection (the "State defendants"), by and through their undersigned counsel, and move this Court to enter summary judgment in favor of the State defendants as to the Counterclaim set forth in the their First Amended Complaint (Docket Entry No. 16), for the reasons set forth in the accompanying Memorandum of Law.

REQUEST FOR A HEARING

_____ The State defendants respectfully request oral argument on this motion and on their opposition to plaintiff's motion.

Respectfully submitted,

*/s/ Nora J. Chorover*

THOMAS F. REILLY
ATTORNEY GENERAL

Nora Chorover, BBO# 547352
Pierce O. Cray, BBO# 104630
Assistant Attorneys General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
nora.chorover@ago.state.ma.us
pierce.cray@ago.state.ma.us

Dated:  July 11, 2005

**Local Rule 7.1(a)(2) Certification**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel conferred by telephone with counsel for plaintiff on July 11, 2005 and attempted in good faith to resolve or narrow the issues presented by this motion. Counsel for plaintiff represented to undersigned counsel that plaintiff would oppose this motion.

*/s/ Nora J. Chorover*
Nora J. Chorover
Assistant Attorney General