UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE COMMONWEALTH OF MASSACHUSETTS, et al. | ) | Civil Action No. 05-10112JLT |
| Defendants, and | ) | |
| THE COALITION FOR BUZZARDS BAY, | ) | |
| Intervenor-Defendant | ) | |
| _____ | ) | |
| THE AMERICAN WATERWAYS OPERATORS, et al. | ) | |
| Intervenor-Plaintiff | ) | |
| v. | ) | |
| MITT ROMNEY, Governor of Massachusetts, et al. | ) | |
| Defendants | ) | |

_____

MOTION OF ELEVEN MUNICIPALITIES SURROUNDING BUZZARDS BAY
FOR LEAVE TO FILE A MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
MOTIONS FOR JUDGMENT ON THE PLEADINGS, SEEKING LEAVE TO FILE
BRIEF IN SUPPORT OF DEFENDANTS

The undersigned respectfully request status as amici curiae parties and for leave to submit the attached memorandum in support of Defendants' opposition to Motion for Judgment on the Pleadings and in other proceedings before this Court in this matter. The proposed amici curiae are municipalities who share Buzzards Bay as a unique common resource, and whose lives, and economies are intricately tied to the health and safety of Buzzards Bay.

Respectfully submitted,

_____
PHILIP N. BEAUREGARD
(BBO #034780)
The Andrew Robeson House
P.O. Box 952
32 William Street
New Bedford, MA 02740
Tel: (508) 993-0333

*Attorney for the Towns of*
*Bourne, Dartmouth, Fairhaven*
*Gosnold, Mattapoisett, Marion*
*Rochester, Wareham, and Westport*


_____
ROBERT C MENZEL JR.
(BBO #568074)
Associate Solicitor
City of New Bedford
133 William Street
New Bedford, MA 02740
Tel: (508) 979-1460

*Attorney for the City of New Bedford*


Dated: July 21, 2005