UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-10112 JLT |
| | ) | |
| v. | ) | |
| | ) | |
| THE COMMONWEALTH OF MASSACHUSETTS, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**THE UNITED STATES' CONSOLIDATED LR 56.1 STATEMENT**

Pursuant to Local Rule 56.1, as part of its opposition to the Defendants' Cross-Motions for Summary Judgment, Plaintiff the United States of America is directed to file "a concise statement of the material facts of record as to which it is contended that there exists a genuine issue to be tried[.]" The United States submits that there are no such "genuine issues to be tried" and, accordingly, the Court can adjudicate the cross-motions for summary judgment on the present record. Accord Filiatrault v. Comverse Technology, Inc., 275 F.3d 131, 138 (1st Cir. 2001) ("As we have said before, the making of . . . a [cross-]motion [for summary judgment] almost invariably indicates that the moving party was not prejudiced by a lack of discovery.").

DATED this 26th day of July, 2005.

    Respectfully Submitted,

    PETER D. KEISLER
    Assistant Attorney General

    MICHAEL SULLIVAN
    United States Attorney
    MARK T. QUINLIVAN
    Assistant United States Attorney

    **/s/ Steven Y. Bressler**
    ARTHUR R. GOLDBERG D.C.B. 180661
    STEVEN Y. BRESSLER D.C.B. 482492
    Attorneys, Civil Division
    United States Department of Justice
    P.O. Box 833
    Washington, D.C. 20044
    Telephone (202) 514-4781
    Facsimile (202) 318-7609
    Steven.Bressler@USDOJ.gov