UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA, *et al.* | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| THE COMMONWEALTH OF MASSACHUSETTS, *et al*. | ) ) ) ) | Civil Action No. 05-10112 JLT |
| Defendants. | ) ) ) ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY AND REPLY MEMORANDA**

Pursuant to Local Rule 7.1(B)(3), Intervenor-Defendant The Coalition for Buzzards Bay ("The Coalition") files this unopposed motion for leave to file the attached surreply memorandum regarding the motions for judgment on the pleadings on the plaintiffs' preemption claims and reply memorandum regarding Plaintiff United States' motion for summary judgment and the defendants' cross-motion for summary judgment on the defendants' counterclaims.

As grounds for their Motion for Leave to File, The Coalition asserts that both the preemption claims in the plaintiffs' complaints and the claims in the defendants' counterclaims raise numerous complex legal issues of public importance.  The attached memoranda will assist this Court in its consideration and resolution of these complex legal issues.  Counsel for The Coalition have consulted with counsel for the federal plaintiff and defendants-in-counterclaim, Department of Justice Civil Division Attorney Steven Y. Bressler, Esq., and with counsel for the Intervenor-Plaintiffs, C. Jonathan Benner, Esq.  Both have stated that they do not oppose the filing of these memoranda by The Coalition.

For the foregoing reasons, The Coalition respectfully request that the Court allow their Unopposed Motion for Leave to File Surreply and Reply Memoranda.

> THE COALITION FOR BUZZARDS BAY,
>
> By its attorneys,
>
>
> /s/ Jonathan M. Ettinger
> Jonathan M. Ettinger (BBO #552136)
> Elisabeth M. DeLisle (BBO # 658067)
> Foley Hoag LLP
> Seaport World Trade Center West
> 155 Seaport Boulevard
> Boston, MA  02210
> (617) 832-1000
> jettinger@foleyhoag.com

Dated: August 26, 2005

B3087413.1