UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) | Civil Action No. 05-10112 JLT |
| | ) | |
| Plaintiffs, | ) | |
| | ) | STIPULATION OF THE PARTIES |
| v. | ) | REGARDING VOLUNTARY |
| | ) | DISMISSAL OF DEFENDANT |
| THE COMMONWEALTH OF | ) | COMMONWEALTH OF |
| MASSACHUSETTS, *et al.*, | ) | MASSACHUSETTS' COUNTERCLAIM |
| | ) | |
| Defendants. | ) | |

The parties stipulate pursuant to Rule 41(a)(1) that the counterclaim of Defendant Commonwealth of Massachusetts and the counterclaim of Intervenor-Defendant The Coalition for Buzzards Bay ("The Coalition") are hereby dismissed, each party to bear its own costs. The parties agree that in light of a Final Rule published by the United States Coast Guard in the Federal Register on December 22, 2005, which establishes procedures for alcohol testing following a serious marine accident, the Counterclaims of the Commonwealth and The Coalition are moot.

Respectfully submitted,

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS<br>By its Attorneys,<br>ATTORNEY GENERAL<br>THOMAS F. REILLY<br><br> /s/ Nora J. Chorover<br>Nora J. Chorover (BBO #547352)<br>Pierce O. Cray (BBO # 104630)<br>Assistant Attorneys General<br>Environmental Protection Division<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>(617) 727-2200<br>Dated: January 12, 2006 | THE COALITION FOR BUZZARDS BAY<br>By its Attorneys,<br><br> /s/ Jonathan M. Ettinger (by permission)<br>Jonathan M. Ettinger (BBO #552136)<br>Elisabeth M. DeLisle (BBO # 658067)<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000<br>Dated: January 12, 2006 |

PETER D. KEISLER
Assistant Attorney General
MICHAEL SULLIVAN
United States Attorney
MARK T. QUINLIVAN
Assistant United States Attorney

  /s/ Steven Y. Bressler (by permission)
ARTHUR R. GOLDBERG D.C.B. 180661
STEVEN Y. BRESSLER D.C.B. 482492
Attorneys, Civil Division
United States Department of Justice
P.O. Box 833
Washington, D.C.  20044
(202) 514-4781
Dated:  January 12, 2006