IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS;<br>MASSACHUSETTS DEPARTMENT OF<br>ENVIRONMENTAL PROTECTION; MITT<br>ROMNEY, in his capacity as Governor of<br>JR., in his capacity as Commissioner of the<br>Massachusetts Department of Environmental<br>Protection,<br><br>Defendants, and<br><br>THE COALITION FOR BUZZARDS BAY,<br><br>Intervenor-Defendant<br><br>THE AMERICAN WATERWAYS OPERATORS,<br>INTERNATIONAL ASSOCIATION OF<br>INDEPENDENT TANK VESSEL OWNERS,<br>CHAMBER OF SHIPPING OF AMERICA, and<br>BIMCO,<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>MITT ROMNEY, Governor of Massachusetts,<br>and ROBERT W. GOLLEDGE, JR.,<br>Commissioner of the Massachusetts Department<br>of Environmental Protection,<br><br>Defendants. | Civil Action No. 05-10112 JLT |

**ASSENTED-TO MOTION FOR LEAVE FOR
SEAN T. CONNAUGHTON TO APPEAR PRO HAC VICE**

BOS1564797.1

The undersigned, counsel for the Intevenor-Plaintiffs and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Sean T. Connaughton, Of Counsel in the law firm Troutman Sanders LLP, located in Washington, D.C., be permitted to appear as counsel for the Intervenor-Plaintiffs and practice in this Court pro hac vice. Mr. Connaughton has a prior relationship with the Intervenor-Plaintiffs which will be of assistance in litigating this case on behalf of the Intervenor-Plaintiffs.

Mr. Connaughton is a member of the bar in good standing in the courts of the District of Columbia, and the Commonwealth of Virginia. Attached as Exhibit A hereto is a Declaration signed by Mr. Connaughton setting forth the information required under Local Rule 83.5.3.

Counsel for the other parties to this action have assented to the relief requested in this motion.

Respectfully Submitted,

Dated: February 8, 2006

/s/ Andrew J. Hachey_____
George J. Skelly (BBO #546797)
Andrew J. Hachey (BBO # 567183)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel: (617)345-1000
Fax: (617)345-1300

*Attorneys for The American Waterways Operators, International Association of Independent Tanker Owners, Chamber of Shipping of America, and BIMCO*

BOS1564797.1

2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

      Pursuant to Local Rule 7.1, the undersigned represents that counsel for each of the other parties to this action have conferred and assented to the relief requested in this Motion.

/s/ Andrew J. Hachey
Andrew J. Hachey

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by U.S. mail to those indicated as non-registered participants on February 8, 2006.

/s/ Andrew J. Hachey
Andrew J. Hachey

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS;<br>MASSACHUSETTS DEPARTMENT OF<br>ENVIRONMENTAL PROTECTION; MITT<br>ROMNEY, in his capacity as Governor of<br>JR., in his capacity as Commissioner of the<br>Massachusetts Department of Environmental<br>Protection,<br><br>                    Defendants, and<br><br>THE COALITION FOR BUZZARDS BAY,<br><br>                    Intervenor-Defendant<br><br>THE AMERICAN WATERWAYS OPERATORS,<br>INTERNATIONAL ASSOCIATION OF<br>INDEPENDENT TANK VESSEL OWNERS,<br>CHAMBER OF SHIPPING OF AMERICA, and<br>BIMCO,<br><br>                    Intervenor-Plaintiffs,<br>v.<br><br>MITT ROMNEY, Governor of Massachusetts,<br>and ROBERT W. GOLLEDGE, JR.,<br>Commissioner of the Massachusetts Department<br>of Environmental Protection,<br><br>                    Defendants. | Civil Action No. 05-10112 JLT |

**DECLARATION OF SEAN T. CONNAUGHTON**

BOS1564814.1

I, Sean T. Connaughton, declare, under the penalties of perjury, as follows:

1. I am Of Counsel with the law firm of Troutman Sanders LLP, resident in Washington, D.C. This declaration is respectfully submitted in support of the accompanying Motion, filed pursuant to Local Rule 83.5.3, seeking my admission to practice before the Court in the above-captioned case.

2. I am a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia.

3. There is no disciplinary proceeding pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of this Court.

5. This application, pursuant to Local Rule 83.5.3, is made so that I may appear on behalf of the Intervenor-Plaintiffs, with which I have prior relationships.

I declare under the penalty of perjury that the foregoing is true and accurate.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS ___ DAY OF FEBRUARY, 2006

Sean T. Connaughton

BOS1564814.1