UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY 12 P 5: 37

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-10112 JLT |
| THE COMMONWEALTH OF MASSACHUSETTS, *et al.* | ) |
| Defendants. | ) |

MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83.5.2(c) of the Rules of this Court, Nora J. Chorover moves for leave of Court to withdraw as counsel for state defendants. Ms. Chorover will leave the employ of the Attorney General's office as of May 5, 2006. Please note that Pierce Cray, Esq. will continue to represent the Commonwealth. Pursuant to Local Rule 7.1(A)(2) of the rules of this Court, counsel for all other parties have been notified and they do not object to this motion.

Respectfully submitted,
COMMONWEALTH OF MASSACHUSETTS
By its attorneys,

Dated: May 11, 2006

Nora J. Chorover, BBO #547352
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200