UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>AMERICAN WATERWAYS OPERATORS INTERNATIONAL ASSOCIATION OF INDEPENDENT TANK OWNERS, BIMCO, CHAMBER OF SHIPPING OF AMERICA,<br><br>Intervenor-Plaintiffs<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS, MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION, GOVERNOR MITT ROMNEY, in his capacity as Governor of Massachusetts, ROBERT W. GOLLEDGE, JR., in his capacity as Commissioner of the Massachusetts Department of Environmental Protection,<br><br>Defendants,<br><br>COALITION FOR BUZZARDS BAY,<br><br>Intervenor-Defendant. | Civil Action No. 05-10112-JLT |

ORDER

July 24, 2006

TAURO, J.

The court hereby orders that:

1. Plaintiff's <u>Motion for Judgment on the Pleadings</u> [# 22] is ALLOWED.

2.	Intervenor-Plaintiffs' <u>Motion for Judgment on the Pleadings</u> [# 29] is ALLOWED.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro     
United States District Judge
