July, 2006

Dear Judge Tauro,

I totally disagree with your verdict stating that the Mass. oil spill act is unconstitutional. What is truly unconstitutional is the oil spills that are polluting miles and miles of shorelines, and closing nearly 100,000 acres of shell-fish beds. Now that is definitly unconstitutional. Your wrong and immoral verdict, has handed down vessels that transport oil, to continue their oil spills without any concern that there will be reprocusions. Doesn't that bother you? Supporters such as myself are angry by your wrong and cruel ruling. Do you have something against nature? The Good Lord created the sea, the sky and the great envirement, but people have destroyed just about all of it. You have joined the ranks with those who destroy our waters, and God's creation. You have a severe problem. Your ruling is again, cruel and immoral.