UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>THE AMERICAN WATERWAYS OPERATORS, et al.,<br><br>        Intervenor-Plaintiffs<br><br>  v.<br><br>COMMONWEALTH OF MASSACHUSETTS, et al.,<br><br>        Defendants,<br><br>COALITION FOR BUZZARDS BAY,<br><br>        Intervenor-Defendant. | Civil Action No. 05-10112 JLT |

## **NOTICE OF APPEAL**

Notice is hereby given that the Commonwealth of Massachusetts; the Massachusetts Department of Environmental Protection; Mitt Romney, in his capacity as Governor of Massachusetts; and the official successor to Robert W. Golledge, Jr., in his or her capacity as Commissioner of the Massachusetts Department of Environmental Protection, defendants in the above-named case, hereby appeal to the United States Court of Appeals for the First Circuit from

the final judgment entered in this action on July 24, 2006 (as set forth in a document of that date entitled "Order"). See Fed. R. App. P. 4(a)(1)(B).

                                                By their attorneys,

                                                ATTORNEY GENERAL
                                                THOMAS F. REILLY

                                                /s/ Pierce O. Cray
                                                Pierce O. Cray, BBO # 104630
                                                Assistant Attorney General
                                                One Ashburton Place
                                                Boston, MA 02108
                                                (617) 727-2200, ext. 2084
                                                pierce.cray@ago.state.ma.us

Date:   September 7, 2006