UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                    )
THE UNITED STATES OF AMERICA,        )
                                                    )
            Plaintiff,                              )
                                                    )
THE AMERICAN WATERWAYS           )
OPERATORS, et al.                              )
            Intervenor-Plaintiffs,              )
                                                    )        Civil Action No. 05-10112 JLT
            v.                                        )
                                                    )
THE COMMONWEALTH OF               )
MASSACHUSETTS, et al.                      )
                                                    )
            Defendants,                          )
                                                    )
THE COALITION FOR BUZZARDS BAY,  )
                                                    )
            Intervenor-Defendant.            )
_____)

## NOTICE OF APPEAL

        Notice is hereby given that The Coalition for Buzzards Bay, Intervenor-Defendant in the

above-captioned case, hereby appeals to the United States Court of Appeals for the First Circuit

from the final judgment entered in this action on July 24, 2006 (as set forth in a document of that

date entitled "Order").  See Fed. R. App. P. 4(a)(1)(B).

                                        By its attorneys,

                                        /s/ Jonathan M. Ettinger_____
                                        Jonathan M. Ettinger (BBO #552136)
                                        Elisabeth M. DeLisle (BBO # 658067)
                                        Foley Hoag **LLP**
                                        Seaport World Trade Center West
                                        155 Seaport Boulevard
                                        Boston, MA  02210
                                        (617) 832-1000
                                        jettinger@foleyhoag.com

Dated: September 7, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
THE UNITED STATES OF AMERICA,           )
                                        )
            Plaintiff,                  )
                                        )
THE AMERICAN WATERWAYS                  )
OPERATORS, et al.                       )
            Intervenor-Plaintiffs,      )
                                        )     Civil Action No. 05-10112 JLT
            v.                          )
                                        )
THE COMMONWEALTH OF                     )
MASSACHUSETTS, et al.                   )
                                        )
            Defendants,                 )
                                        )
THE COALITION FOR BUZZARDS BAY,         )
                                        )
            Intervenor-Defendant.       )
_____)

### CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of the following, which were filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 7, 2006:

1.    Notice of Appeal by The Coalition for Buzzards Bay; and,

2.    this Certificate of Service.

                                        /s/ Jonathan M. Ettinger
                                        Jonathan M. Ettinger (BBO #552136)
                                        Foley Hoag **LLP**
                                        Seaport World Trade Center West
                                        155 Seaport Boulevard
                                        Boston, MA  02210
                                        (617) 832-1000
                                        jettinger@foleyhoag.com

Dated: September 7, 2006