UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
THE UNITED STATES OF AMERICA,               )
                                            )
          Plaintiff,                        )
                                            )
THE AMERICAN WATERWAYS                      )
OPERATORS, et al.                           )
          Intervenor-Plaintiffs,            )
                                            )   Civil Action No. 05-10112 JLT
          v.                                )
                                            )
THE COMMONWEALTH OF                         )
MASSACHUSETTS, et al.                       )
                                            )
          Defendants,                       )
                                            )
THE COALITION FOR BUZZARDS BAY,             )
                                            )
          Intervenor-Defendant.             )
_____)

## JOINT NOTICE REGARDING TRANSCRIPT AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

In accordance with Fed. R. App. P. 10(b)(1)(B), all original Defendants and Intervenor-Defendant The Coalition for Buzzards Bay (collectively, "Appellants") hereby provide notice of their filing of a Transcript Report indicating that a transcript is not necessary for the appeal.[1]  In addition, in accordance with Fed. R. App. P. 10(b)(3)(A), Appellants state that the issue to be presented on appeal is whether the district court erred as a matter of law in determining that the challenged provisions of "An Act Relative to Oil Spill Prevention and Response in Buzzards Bay and Other Harbors and Bays of the Commonwealth" (the "Oil Spill Prevention Act") are preempted, invalid and unconstitutional under the Supremacy Clause of the United States Constitution.

---

[1] The Transcript Report form is attached hereto as Exhibit 1.

        Respectfully Submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        By its attorneys,

        /s/ Pierce O. Cray (with permission)
        Pierce O. Cray, BBO # 104630
        Nora Chorover, BBO # 547352
        Assistant Attorneys General
        One Ashburton Place
        Boston, MA 02108
        (617) 727-2200


        THE COALITION FOR BUZZARDS BAY

        By its attorneys,

        /s/ Jonathan M. Ettinger
        Jonathan M. Ettinger (BBO #552136)
        Elisabeth M. DeLisle (BBO # 658067)
        Foley Hoag LLP
        Seaport World Trade Center West
        155 Seaport Boulevard
        Boston, MA  02210
        (617) 832-1000
        jettinger@foleyhoag.com

Dated: September 18, 2006

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: United States of America et al. v. Commonwealth of Massachusetts
District Court Case No. 05-CV-10112 JLT                District of Massachusetts
Date Notice of Appeal filed September 7, 2006   Court of Appeals Case No. _____
Form filed on behalf of All Defendants and Intervenor-Defendant The Coalition For Buzzards Bay

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal __X__
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter _____
Phone Number of Reporter _____

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Elisabeth M. DeLisle            Filer's Signature _____
Firm/Address Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210
Telephone number 617-832-1000          Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)                                       SEE INSTRUCTIONS ON REVERSE