UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
THE UNITED STATES OF AMERICA,               )
                                            )
      Plaintiff,                            )
                                            )
THE AMERICAN WATERWAYS                      )
OPERATORS, et al.                           )
      Intervenor-Plaintiffs,                )
                                            )   Civil Action No. 05-10112 JLT
      v.                                    )
                                            )
THE COMMONWEALTH OF                         )
MASSACHUSETTS, et al.                       )
                                            )
      Defendants,                           )
                                            )
THE COALITION FOR BUZZARDS BAY,             )
                                            )
      Intervenor-Defendant.                 )
_____)

## CERTIFICATE OF SERVICE

      I hereby certify that true and accurate copies of the following, which were filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 18, 2006:

1. Joint Notice Regarding Transcript And Statement Of Issues To Be Presented On Appeal, with attached Transcript Report form; and,

2. this Certificate of Service.

      /s/ Jonathan M. Ettinger_____
      Jonathan M. Ettinger (BBO #552136)
      Foley Hoag LLP
      Seaport World Trade Center West
      155 Seaport Boulevard
      Boston, MA  02210
      (617) 832-1000
      jettinger@foleyhoag.com

Dated: September 18, 2006

B3255766.1