UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>THE AMERICAN WATERWAYS<br>OPERATORS, et al.<br>        Intervenor-Plaintiffs,<br><br>v.<br><br>THE COMMONWEALTH OF<br>MASSACHUSETTS, et al.<br><br>        Defendants,<br><br>THE COALITION FOR BUZZARDS BAY,<br><br>        Intervenor-Defendant. | Civil Action No. 05-10112 JLT |

### JOINT NOTICE REGARDING TRANSCRIPT AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

In accordance with Fed. R. App. P. 10(b)(1)(B), all original Defendants and Intervenor-Defendant The Coalition for Buzzards Bay (collectively, "Appellants") hereby provide notice of their filing of a Transcript Report indicating that a transcript is not necessary for the appeal.[1] In addition, in accordance with Fed. R. App. P. 10(b)(3)(A), Appellants state that the issue to be presented on appeal is whether the district court erred as a matter of law in determining that the challenged provisions of "An Act Relative to Oil Spill Prevention and Response in Buzzards Bay and Other Harbors and Bays of the Commonwealth" (the "Oil Spill Prevention Act") are preempted, invalid and unconstitutional under the Supremacy Clause of the United States Constitution.

---

[1] The Transcript Report form is attached hereto as Exhibit 1.

- 2 -

Respectfully Submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

By its attorneys,

/s/ Pierce O. Cray (with permission)
Pierce O. Cray, BBO # 104630
Nora Chorover, BBO # 547352
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
(617) 727-2200


THE COALITION FOR BUZZARDS BAY

By its attorneys,

/s/ Jonathan M. Ettinger
Jonathan M. Ettinger (BBO #552136)
Elisabeth M. DeLisle (BBO # 658067)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000
jettinger@foleyhoag.com

Dated: September 18, 2006

**Exhibit 1**

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name United States of America et al. v. Commonwealth of Massachusetts
District Court Case No. 05-CV-10112 JLT    District of Massachusetts
Date Notice of Appeal filed September 7, 2006    Court of Appeals Case No. _____
Form filed on behalf of All Defendants and Intervenor-Defendant The Coalition For Buzzards Bay

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal __X__
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter_____
Phone Number of Reporter_____

A. ____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Elisabeth M. DeLisle    Filer's Signature _____
Firm/Address Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210
Telephone number 617-832-1000    Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)    SEE INSTRUCTIONS ON REVERSE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>THE AMERICAN WATERWAYS<br>OPERATORS, et al.<br>Intervenor-Plaintiffs,<br><br>v.<br><br>THE COMMONWEALTH OF<br>MASSACHUSETTS, et al.<br><br>Defendants,<br><br>THE COALITION FOR BUZZARDS BAY,<br><br>Intervenor-Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10112 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that true and accurate copies of the following, which were filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 18, 2006:

1. Joint Notice Regarding Transcript And Statement Of Issues To Be Presented On Appeal, with attached Transcript Report form; and,

2. this Certificate of Service.

                                            /s/ Jonathan M. Ettinger
                                            Jonathan M. Ettinger (BBO #552136)
                                            Foley Hoag LLP
                                            Seaport World Trade Center West
                                            155 Seaport Boulevard
                                            Boston, MA  02210
                                            (617) 832-1000
                                            jettinger@foleyhoag.com

Dated: September 18, 2006

B3255766.1