UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| AMERICAN WATERWAYS OPERATORS INTERNATIONAL ASSOCIATION OF INDEPENDENT TANK OWNERS, BIMCO, CHAMBER OF SHIPPING OF AMERICA, | * | |
| | * | |
| Intervenor-Plaintiffs | * | |
| | * | |
| v. | * | Civil Action No. 05-10112-JLT |
| | * | |
| COMMONWEALTH OF MASSACHUSETTS, MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION, GOVERNOR MITT ROMNEY, in his capacity as Governor of Massachusetts, ROBERT W. GOLLEDGE, JR., in his capacity as Commissioner of the Massachusetts Department of Environmental Protection, | * | |
| | * | |
| Defendants, | * | |
| | * | |
| COALITION FOR BUZZARDS BAY, | * | |
| | * | |
| Intervenor-Defendant. | * | |

ORDER
June 25, 2007

TAURO, J.

Upon consideration of the Court of Appeals Judgment of June 21, 2007, this court orders:

1)   As no exception to Local Rule 40.1(K)(2) applies in this case, this case shall be returned to the clerk to be reassigned.

IT IS SO ORDERED.

                                                                        /s/ Joseph L. Tauro
                                                               United States District Judge