# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-10112 (RCL) |
| | ) | |
| COMMONWEALTH OF MASSACHUSETTS et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please enter on the docket the appearance of Seth Schofield, Assistant Attorney General, as co-counsel for the defendants in the above-captioned action.

By their attorneys,

MARTHA COAKLEY
ATTORNEY GENERAL

 /s/ Seth Schofield
Seth Schofield, BBO No. 661210
Assistant Attorney General
Environmental Protection Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 727-2200
Dated: September 14, 2007          seth.schofield@state.ma.us

## CERTIFICATE OF SERVICE

I, Seth Schofield, certify that the foregoing Notice of Appearance, which was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 14, 2007.

/s/ Seth Schofield