UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, ) Civil Action No. 05-10112 JLT<br>)<br>v. )<br>)<br>THE COMMONWEALTH OF )<br>MASSACHUSETTS, *et al.* )<br>)<br>)<br>Defendants. )<br>_____) | |

**PLAINTIFF'S MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION**

     COMES NOW the Plaintiff, the United States of America, by and through its undersigned counsel, and moves this Court to enter a preliminary and permanent injunction against enforcement of M.G.L. c. 21M, §§ 4(a) & (b), 6(a) & (b), pursuant to the Supremacy Clause of United States Constitution, Federal Rules of Civil Procedure 12 and 65, and for the reasons more fully set forth in the United States' accompanying Memorandum of Law.

     Pursuant to Local Rule 7.1(a)(2), undersigned counsel conferred with counsel for all defendants on October 15, 2007.  Counsel for those parties represented to undersigned counsel that those parties would oppose this Motion.

//

//

//

//

//

//

//

DATED this 29th day of October, 2007.

                                          Respectfully Submitted,

                                          PETER D. KEISLER
                                          Assistant Attorney General

                                          MICHAEL SULLIVAN
                                          United States Attorney
                                          MARK T. QUINLIVAN
                                          Assistant United States Attorney

                                          **/s/ Steven Y. Bressler**
                                          ARTHUR R. GOLDBERG D.C.B. 180661
                                          STEVEN Y. BRESSLER D.C.B. 482492
                                          Attorneys, Civil Division
                                          United States Department of Justice
                                          P.O. Box 833
                                          Washington, D.C. 20044
                                          Telephone (202) 514-4781
                                          Facsimile (202) 318-7609
                                          Steven.Bressler@USDOJ.gov

                                          Attorneys for the United States of America