UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, ) Civil Action No. 05-10112 JLT<br>)<br>v. )<br>)<br>THE COMMONWEALTH OF )<br>MASSACHUSETTS, *et al.* )<br>)<br>)<br>Defendants. )<br>_____) | |

**STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE**

The parties, by and through their undersigned counsel, stipulate to the dismissal, without prejudice, of the plaintiff's and intervenor-plaintiffs' claims only insofar as they seek injunctive and declaratory relief against operation of M.G.L. c. 21 § 50C(d) (concerning a financial assurance bond requirement for certain vessels).  This stipulation is not intended to, and does not, have any effect on plaintiff's and intervenor-plaintiffs' other claims in this litigation, including their pending claims on remand from the U.S. Court of Appeals for the First Circuit concerning M.G.L. c. 21M, § 6(a) & (b) (setting tugboat escort requirements for certain vessels) and M.G.L. c. 21M, § 4(a) & (b) (setting manning requirements for certain vessels).  See United States v. Massachusetts, 493 F.3d 1 (1st Cir. 2007).  This stipulation therefore is not intended to, and does not, effect dismissal of the entire action.

Respectfully submitted this 28th day of November, 2007,

| | |
|---|---|
| Plaintiff,<br>the United States of America | Defendants,<br>the Commonwealth of Massachusetts, et al. |
| By: | By: |
| JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General | MARTHA COAKLEY<br>Attorney General |
| MICHAEL J. SULLIVAN<br>United States Attorney<br>MARK T. QUINLIVAN<br>Assistant United States Attorney | /s/ Seth Schofield (by permission)<br>Seth Schofield, BBO # 661210<br>Pierce O. Cray, BBO # 104630<br>Assistant Attorneys General |
| /s/ Steven Y. Bressler<br>ARTHUR R. GOLDBERG D.C.B. 180661<br>STEVEN Y. BRESSLER D.C.B. 482492<br>Attorneys, Civil Division<br>United States Department of Justice<br>P.O. Box 833<br>Washington, D.C. 20044<br>Telephone (202) 514-4781 | One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>Telephone (617) 727-2200<br><br>Intervenor-Defendants,<br>The Coalition for Buzzards Bay<br><br>By:<br>/s/ Jonathan M. Ettinger (by permission)<br>Jonathan M. Ettinger, BBO # 552136<br>Elizabeth M. DeLisle, BBO # 658067<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>Telephone: (617) 832-1000 |
| Intervenor-Plaintiffs,<br>American Waterway Operators, et al.<br><br>By:<br><br>/s/ Andrew J. Hachey (by permission)<br>ANDREW J. HACHEY, BBO # 567183<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>617-345-1034<br>866-891-9579 (fax)<br>ahachey@nixonpeabody.com | |