# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.*, </br></br>  Plaintiffs, </br></br> v. </br></br> COMMONWEALTH OF MASSACHUSETTS *et al.*, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-10112-RCL |

## JOINT MOTION TO RESCHEDULE HEARING DATE

Pursuant to Local Rule 40.3, the parties, by and through undersigned counsel, jointly move to change the date of the December 21, 2007, 10:00 am hearing before Magistrate Judge Leo T. Sorokin on the United States' motion for a preliminary and permanent injunction to December 20, 2007 at 1:45 pm. Counsel for the Commonwealth, Pierce O. Cray, Esq. and Seth Schofield, Esq., are not available to appear at the scheduled time on December 21, 2007 due to previously scheduled engagements. Counsel for the United States, Intervenor-Plaintiffs American Waterway Operators *et al*., and Intervenor-Defendant Coalition for Buzzards Bay have graciously agreed to the Commonwealth's request to reschedule the hearing. On November 30, 2007, Courtroom Clerk Maria Simeone informed counsel for the United States, Steven Y. Bressler, Esq., and the Commonwealth, Seth Schofield, Esq., that the Court is available to hear argument on the United States' Motion at 1:45 pm on December 20, 2007.

For good cause shown, undersigned counsel respectfully request that the Court grant their joint motion to reschedule the hearing on the United States' Motion for a preliminary and permanent injunction for **1:45 pm on December 20, 2007**.

- 1 -

Respectfully submitted this 30th day of November, 2007,

| | |
|---|---|
| Plaintiff,<br>UNITED STATES OF AMERICA | Defendants,<br>COMMONWEALTH OF MASSACHUSETTS *et al*. |
| By: | By: |
| JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General | MARTHA COAKLEY<br>ATTORNEY GENERAL |
| MICHAEL J. SULLIVAN<br>United States Attorney<br>MARK T. QUINLIVAN<br>Assistant United States Attorney | /s/ Seth Schofield<br>Seth Schofield, BBO No. 661210<br>Pierce O. Cray, BBO No. 104630<br>Assistant Attorneys General<br>Office of the Attorney General |
| /s/ Steven Y. Bressler (by permission)<br>ARTHUR R. GOLDBERG D.C.B. 180661<br>STEVEN Y. BRESSLER D.C.B. 482492<br>Attorneys, Civil Division<br>United States Department of Justice<br>P.O. Box 833<br>Washington, D.C. 20044<br>(202) 514-4781<br>steven.bressler@usdoj.gov | One Ashburton Place, 18th Floor<br>Boston, Massachusetts 02108<br>(617) 727-2200<br>seth.schofield@state.ma.us<br>pierce.cray@state.ma.us |
| Intervenor-Plaintiffs<br>AMERICAN WATERWAY OPERATORS *et al*. | Intervenor-Defendants,<br>THE COALITION FOR BUZZARDS BAY |
| By: | By: |
| /s/ Andrew J. Hachey (by permission)<br>Andrew J. Hachey, BBO No. 567183<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>617-345-1034<br>ahachey@nixonpeabody.com | /s/ Jonathan M. Ettinger (by permission)<br>Jonathan M. Ettinger, BBO No. 552136<br>Elizabeth M. DeLisle, BBO No. 658067<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>(617) 832-1000<br>jettinger@foleyhoag.com<br>edelisle@foleyhoag.com |