UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *et al.*,<br><br>                    Plaintiff,<br><br>v.<br><br>THE COMMONWEALTH OF MASSACHUSETTS, *et al.*,<br><br>                    Defendants. | Civil Action No. 05-10112-RCL |

## INTERVENOR–PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 20 PAGES IN SUPPORT OF THEIR MOTION SUMMARY JUDGMENT

COME NOW the Intervenor-Plaintiffs, The American Waterways Operators ("AWO"), International Association of Independent Tanker Owners ("INTERTANKO"), Chamber of Shipping of America ("CSA") and BIMCO (the "Intervenor-Plaintiffs"), by and through their undersigned counsel, and respectfully move this Court grant them leave to file a memorandum of law of up to 30 pages in length in support of their planned motion for summary judgment. In support thereof, Intervenor-Plaintiffs states the following:

1. Intervenor-Plaintiffs are filing a motion for summary judgment seeking a declaration that the disputed provisions of the Massachusetts Oil Spill Prevention Act are invalid and an order permanently enjoining the Commonwealth of Massachusetts and the other Defendants from enforcing those provisions. Intervenor-Plaintiffs believe that a memorandum of law in support of that motion that exceeds 20 pages – but will not exceed 30 pages – in length will assist the Court in its consideration of the motion,

especially given that the matter is one of great import and public interest.

2. Counsel for the Defendants and Intervenor-Defendant have represented to the undersigned counsel that they have **assented-to** this motion.

### CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned has conferred with counsel for the Defendants and Intervenor-Defendant, who stated that they have **assented-to** this motion.

Respectfully Submitted,

| | |
|---|---|
| C. Jonathan Benner<br>Jeffrey Orenstein<br>Troutman Sanders LLP<br>401 9th Street, N.W. Suite 1000<br>Washington, D.C. 20004-2134<br>202-274-2880<br>jonathan.benner@troutmansanders.com<br>jeffrey.orenstein@troutmansanders.com<br><br>*Of Counsel* | /s/ **Andrew J. Hachey**<br>Andrew J. Hachey, BBO No. 567183<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>617-345-1034<br>ahachey@nixonpeabody.com<br><br>*Attorneys for The American Waterways Operators, International Association of Independent Tanker Owners, Chamber of Shipping of America, and BIMCO*<br><br>Dated: May 14, 2008. |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 14, 2008.

|  | Respectfully Submitted, |
|---|---|
| Jonathan Benner<br>Jeffrey Orenstein<br>Troutman Sanders LLP<br>401 9th Street, N.W. Suite 1000<br>Washington, D.C. 20004-2134<br>202-274-2880<br>jonathan.benner@troutmansanders.com<br>jeffrey.orenstein@troutmansanders.com<br><br>*Of Counsel* | **/s/ Andrew J. Hachey**<br>Andrew J. Hachey, BBO No. 567183<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>617-345-1034<br>ahachey@nixonpeabody.com<br><br>*Attorneys for The American Waterways Operators, International Association of Independent Tanker Owners, Chamber of Shipping of America, and BIMCO* |

Dated: May 14, 2008.