UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> THE COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Defendants. | Civil Action No. 05-10112-RCL |

### INTERVENOR-PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

COME NOW the Intervenor-Plaintiffs, The American Waterways Operators ("AWO"), International Association of Independent Tanker Owners ("INTERTANKO"), Chamber of Shipping of America ("CSA") and BIMCO (the "Intervenor-Plaintiffs"), by and through their undersigned counsel, and respectfully move this Court to enter summary judgment in favor of Intervenor-Plaintiffs pursuant to Fed. R. Civ. P. 56 as to the Complaint set forth by Intervenor-Plaintiffs (Docket Entry No. 19) for the reasons set forth in the accompanying Memorandum.

### CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), Jonathan Benner has conferred with counsel for State Defendants and gave notice to counsel for Intervenor-Defendant the Coalition for Buzzards Bay. State Defendants represented to Jonathan Benner that they would oppose this Motion.

## REQUEST FOR ORAL ARGUMENT

Intervenor-Plaintiffs hereby respectfully request oral argument for this motion.

Respectfully Submitted,

C. Jonathan Benner  
Jeffrey Orenstein  
Troutman Sanders LLP  
401 9th Street, N.W. Suite 1000  
Washington, D.C. 20004-2134  
202-274-2880  
jonathan.benner@troutmansanders.com  
jeffrey.orenstein@troutmansanders.com  

*Of Counsel*

/s/ **Andrew J. Hachey**  
Andrew J. Hachey, BBO No. 567183  
Nixon Peabody LLP  
100 Summer Street  
Boston, MA 02110  
617-345-1034  
ahachey@nixonpeabody.com  

*Attorneys for The American Waterways Operators, International Association of Independent Tanker Owners, Chamber of Shipping of America, and BIMCO*

Dated: May 14, 2008.

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 14, 2008.

Respectfully Submitted,

Jonathan Benner
Jeffrey Orenstein
Troutman Sanders LLP
401 9th Street, N.W. Suite 1000
Washington, D.C. 20004-2134
202-274-2880
jonathan.benner@troutmansanders.com
jeffrey.orenstein@troutmansanders.com

*Of Counsel*

/s/ **Andrew J. Hachey**
Andrew J. Hachey, BBO No. 567183
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
617-345-1034
ahachey@nixonpeabody.com

*Attorneys for The American Waterways Operators, International Association of Independent Tanker Owners, Chamber of Shipping of America, and BIMCO*

Dated: May 14, 2008.