UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
UNITED STATES OF AMERICA, *et al*.,     )
                                        )
                Plaintiffs,             )
                                        )
    v.                                  )        Civil Action No. 05-10112 RCL
                                        )
COMMONWEALTH OF                         )
MASSACHUSETTS, *et al*.,                )
                                        )
                Defendants.             )
_____  )

**DEFENDANTS' ASSENTED-TO JOINT MOTION
FOR ENLARGEMENT OF TIME TO FILE OPPOSITION MEMORANDA**

Pursuant to Local Rule 7.1(B)(2), and with the assent of the Intervenor-Plaintiffs, the

Defendants and Intervenor-Defendant move that the time for filing their respective oppositions to

Intervenor-Plaintiffs' Motion for Summary Judgment be enlarged through and including

Thursday, June 19, 2008.  As grounds for their requested enlargement, the Defendants and

Intervenor-Defendant assert:

1.      This is a highly complex preemption case.  Not surprisingly, Intervenor-Plaintiffs'

Motion for Summary Judgment is itself quite complicated, as well demonstrated by the 26-page

Memorandum filed in support of it.  The Defendants and Intervenor-Defendant accordingly need

additional time to prepare their respective oppositions responding to it.

2.      Counsel for both the Defendants and Intervenor-Defendant are in the midst of

busy litigation schedules, with other complex matters competing for their time over the next

several weeks.

3.      Counsel for the Intervenor-Plaintiffs has courteously assented to the requested enlargement of time.

For the foregoing reasons, the Defendants and Intervenor-Defendant respectfully request that the Court allow Defendants' Assented-To Joint Motion for Enlargement of Time to File Opposition Memoranda and enlarge the time for filing oppositions to Intervenor-Plaintiffs' Motion for Summary Judgment through and including June 19, 2008.

| | |
|---|---|
| For the Intervenor-Defendant<br>Coalition for Buzzards Bay, | For the Commonwealth of Massachusetts<br>and the Other State Defendants,<br><br>MARTHA COAKLEY<br>ATTORNEY GENERAL |
| /s/ Jonathan M. Ettinger<br>Jo0nathan M. Ettinger, BBO # 552136<br>Elisabeth M. DeLisle, BBO # 658067<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>Boston, MA  02210<br>(617) 832-1000<br>jettinger@foleyhoag.com | /s/ Pierce O. Cray<br>Pierce O. Cray, BBO # 104630<br>Seth Schofield, BBO # 661210<br>Assistant Attorneys General<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 727-2200, ext. 2084<br>pierce.cray@state.ma.us<br>seth.schofield@state.ma.us |

Date:   May 23, 2008

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on May 19 and 21, 2008 I conferred with counsel for the Interevenor-Plaintiffs via an exchange of voicemails and that he assented to the present Motion.

/s/ Pierce O. Cray
Pierce O. Cray
Assistant Attorney General