UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-10112 RCL |
| ) | |
| COMMONWEALTH OF ) | |
| MASSACHUSETTS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' ASSENTED-TO JOINT MOTION FOR FURTHER
ENLARGEMENT OF TIME TO FILE OPPOSITION MEMORANDA**

Pursuant to Local Rule 7.1(B)(2), and with the assent of the Intervenor-Plaintiffs, the Defendants and Intervenor-Defendant move that the time for filing their respective oppositions to Intervenor-Plaintiffs' Motion for Summary Judgment be further enlarged by a period of one week through and including Thursday, June 26, 2008. As grounds for their requested enlargement, the Defendants and Intervenor-Defendant assert:

1. This is a highly complex preemption case. Not surprisingly, Intervenor-Plaintiffs' Motion for Summary Judgment is itself quite complicated, as well demonstrated by the 26-page Memorandum filed in support of it. The Defendants and Intervenor-Defendant accordingly need additional time to prepare their respective oppositions responding to it.

2. Counsel for both the Defendants and Intervenor-Defendant are in the midst of busy litigation schedules, with other complex matters competing for their time over the next several weeks.

3.  Counsel for the Intervenor-Plaintiffs has courteously assented to the requested further enlargement of time.

For the foregoing reasons, the Defendants and Intervenor-Defendant respectfully request that the Court allow Defendants' Assented-To Joint Motion for Further Enlargement of Time to File Opposition Memoranda and enlarge the time for filing oppositions to Intervenor-Plaintiffs' Motion for Summary Judgment through and including June 26, 2008.

| For the Intervenor-Defendant Coalition for Buzzards Bay, | For the Commonwealth of Massachusetts and the Other State Defendants, |
|---|---|
| | MARTHA COAKLEY<br>ATTORNEY GENERAL |
| /s/ Jonathan M. Ettinger<br>Jo0nathan M. Ettinger, BBO # 552136<br>Elisabeth M. DeLisle, BBO # 658067<br>Foley Hoag LLP<br>Seaport World Trade Center West<br>Boston, MA  02210<br>(617) 832-1000<br>jettinger@foleyhoag.com | /s/ Pierce O. Cray<br>Pierce O. Cray, BBO # 104630<br>Seth Schofield, BBO # 661210<br>Assistant Attorneys General<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 727-2200, ext. 2084<br>pierce.cray@state.ma.us<br>seth.schofield@state.ma.us |

Date:   June 18, 2008

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on June 12, 2008 I conferred with counsel for the Interevenor-Plaintiffs and that he assented to the present Motion.

/s/ Pierce O. Cray
Pierce O. Cray
Assistant Attorney General