UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                          )
UNITED STATES OF AMERICA, *et al*.,        )
                                                          )
                    Plaintiffs,                      )
                                                          )
    v.                                                    )        Civil Action No. 05-10112 RCL
                                                          )
COMMONWEALTH OF                            )
MASSACHUSETTS, *et al*.,                       )
                                                          )
                    Defendants.                    )
_____ )

**DEFENDANTS' ASSENTED-TO JOINT MOTION FOR
ENLARGEMENT OF TIME TO FILE
OBJECTIONS TO REPORT AND RECOMMENDATION**

        Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and 72(b), and with the assent of the Plaintiff

United States, the Defendants and Intervenor-Defendant (collectively "Defendants") move that

the time for filing their respective Rule 72(b) objections to the Report and Recommendation on

Motion for a Preliminary and Permanent Injunction, which are currently due on Monday, June

23, 2008, be enlarged for a period of two days through and including Wednesday, June 25, 2008.

As grounds for their Motion, the Defendants assert:

        1.        The Defendants have been in discussions with the Plaintiff United States, which is

the moving party on the Motion that is the subject of the Report and Recommendation, about the

possibility of agreeing on a procedural framework for the remainder of the case that would

promote judicial economy and, in particular, reduce the number of additional times that the

United States District Judge and the United States Court of Appeals may have to address this

matter on the merits.

2.      For various reasons, a brief additional period of time is needed to bring these discussions to a final resolution.

3.      Counsel for the Plaintiff United States has courteously assented to the requested two-day enlargement of time.

For the foregoing reasons, the Defendants and Intervenor-Defendant respectfully request that the Court allow Defendants' Assented-To Joint Motion for Enlargement of Time to File Objections to Report and Recommendation and enlarge the time for filing specific objections to the Report and Recommendation on Motion for a Preliminary and Permanent Injunction through and including June 25, 2008.

For the Commonwealth of Massachusetts
and the Other State Defendants,

/s/ Pierce O. Cray (by permission /s/ Elisabeth M. DeLisle)
Pierce O. Cray, BBO # 104630
Seth Schofield, BBO # 661210
Assistant Attorneys General
One Ashburton Place
Boston, MA  02108
(617) 727-2200, ext. 2084
pierce.cray@state.ma.us
seth.schofield@state.ma.us

For the Intervenor-Defendant

THE COALITION FOR BUZZARDS BAY

By its Attorneys,

/s/ Elisabeth M. DeLisle
Jonathan M. Ettinger, BBO #552136
Elisabeth M. DeLisle, BBO #658067
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000
jettinger@foleyhoag.com
edelisle@foleyhoag.com


Date:   June 20, 2008


## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on June 19, 2008 I conferred with counsel for the Plaintiff United States and that he assented to the present Motion.

/s/ Pierce O. Cray (by permission /s/ Elisabeth M. DeLisle)
Pierce O. Cray
Assistant Attorney General