UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-10112 RCL LTS |
| v. | ) |
| THE COMMONWEALTH OF MASSACHUSETTS, *et al.* | ) |
| Defendants. | ) |

**NOTICE REGARDING THE ADMINISTRATIVE RECORD**

On July 31, 2008, plaintiff will file an Administrative Record in this action in paper form only pursuant to LR 5.4(G)(1)(d). The record will be maintained in the Clerk's office and available for public viewing between 8:30 a.m. and 5:00 p.m., Monday-Friday, excluding Court holidays.

Dated: July 31, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

MICHAEL SULLIVAN
United States Attorney

 /s/ Steven Y. Bressler
ARTHUR R. GOLDBERG D.C.B. 180661
STEVEN Y. BRESSLER D.C.B. 482492
Attorneys, U.S. Department of Justice
P.O. Box 833
Washington, D.C. 20044
(202) 514-4781
Steven.Bressler@USDOJ.gov