# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| THE AMERICAN WATERWAYS OPERATORS, *et al.*, | ) |
| | ) |
| Intervenor-Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 05-10112 RCL/LTS |
| | ) |
| THE COMMONWEALTH OF MASSACHUSETTS, *et al.,* | ) |
| | ) |
| Defendants, | ) |
| | ) |
| COALITION FOR BUZZARDS BAY, | ) |
| | ) |
| Intervenor-Defendant | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please withdraw Steven Bressler as counsel for the plaintiff, United States of America, and enter the appearance of Joshua E. Gardner as lead counsel for the plaintiff in the above-captioned action.

Dated: August 18, 2008          Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

MICHAEL J. SULLIVAN
United States Attorney

*/s/ Joshua E. Gardner*
ARTHUR R. GOLDBERG (DC Bar # 180661)
JOSHUA E. GARDNER (DC Bar # 478049)
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
ph: (202) 305-7583
fax: (202) 616-8470
Joshua.e.gardner@usdoj.gov

*Counsel for the United States of America*

CERTIFICATE OF SERVICE

    I, Joshua Gardner, certify that the foregoing Notice of Substitution of Counsel, which was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 18, 2008.

/s/ Joshua E. Gardner